# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**MIRINA BENFERHAT**          **CASE NO. 6:24-CV-00658**

**VERSUS**          **JUDGE S. MAURICE HICKS, JR.**

**HANGER PROSTHETICS & ORTHOTICS INC ET AL**          **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record and noting the absence of any objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Motion to Remand (Record Document 15) is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's claims against Jason Valdetero are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** Jason Valdetero's Motion to Dismiss (Record Document 8) is **DENIED AS MOOT**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of September, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE